UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EVAN MENDES,<br><br>            Plaintiff,<br><br>     v.<br><br>CAPITAL ONE AUTO FINANCE, et al.,<br><br>            Defendants. | No.: 1:21-cv-00664-NONE-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING THE CLERK OF COURT TO ASSIGN DISTRICT JUDGE FOR PURPOSE OF CLOSING CASE AND THEN ENTER JUDGMENT AND CLOSE CASE<br><br>(Doc. No. 4) |

    James Evan Mendes seeks to proceed *pro se* and *in forma pauperis* in this action alleging violations of the Fair Debt Collection Practices Act.  (*See* Doc. No. 1.)  On April 26, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's complaint be dismissed without prejudice and that plaintiff's motion to proceed *in forma pauperis* be denied.  (Doc. No. 4.)  The findings and recommendations were served on plaintiff and contained notice that objections thereto were due within thirty days.  (*Id*. at 5.)  On June 3, 2021, plaintiff was afforded an additional thirty days to file objections.  Nonetheless, no objections have been filed to the pending findings and recommendations, and the deadline to do so has now passed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly:

1. The findings and recommendations dated April 26, 2021 (Doc. No. 4) are adopted in full;
2. Plaintiff's complaint is dismissed without prejudice;
3. Plaintiff's motion to proceed *in forma pauperis* is denied; and
4. The Clerk of the Court is DIRECTED to assign a district judge to this case for the purpose of closing the case and then to close the case.

IT IS SO ORDERED.

Dated: **September 21, 2021**

UNITED STATES DISTRICT JUDGE

2